UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                                          :
ROBERT BENNETT, et al.,                     :        Honorable Madeline Cox Arleo
                                                          :        Civil Action No. 08-6387 (SDW)
          Plaintiffs,                                  :
                                                          :
          v.                                             :        **REPORT AND RECOMMENDATION**
                                                          :
GREAT LAKES CHEESE CO., INC., et al. :
                                                          :
          Defendants.                               :
_____  :

    **THIS MATTER** having come before the Court upon the motion of plaintiffs (Matthew P.

Pietrowski, Esq., of Levinson Axelrod, P.A., appearing) to remand, or in the alternative, to seek

leave to amend their complaint and to remand, and for an award of attorney's fees and costs,

pursuant to 28 U.S.C. § 1447(e), (Docket Entry No. 5), and upon notice to defendant, Great Lakes

Cheese Company, Inc. (William White, Jr., Esq., of Bonner Kieman Trebach & Crociata, LLP

appearing), and the Court having considered the papers submitted in support of and in opposition

to the motion and having heard the argument of the parties, and for the reasons set forth on the record

on March 25, 2009, and for good cause shown;

    **IT IS** on this 25th day of **March 2009,**

    **RECOMMENDED THAT** plaintiffs' motion seeking leave to amend their complaint and

to remand this case to state court (Docket Entry No. 5) be **GRANTED**; and

    **IT IS FURTHER RECOMMENDED THAT** plaintiffs' request for an award of attorney's

fees and costs, pursuant to 28 U.S.C. § 1447(c), be **DENIED**.

The parties have ten (10) days from the date hereof to file objections.


                                                    *s/Madeline Cox Arleo*
                                                    MADELINE COX ARLEO
                                                    United States Magistrate Judge


cc:     Hon. Susan D. Wigenton, U.S.D.J.
        Clerk of the Court
        All Parties
        File